PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
GONZALO D. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GONZALO D. HERNANDEZ,<br><br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner Social Security<br>    Defendant. | Case No.: 2:16-CV-03935-RAO<br><br>[Proposed] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Hon. Rozella A. Oliver |

  Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of SIX THOUSAND THREE HUNDRED DOLLARS and ZERO CENTS ($6,300.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: July 12, 2018

             _____
             ROZELLA A. OLIVER
             United States Magistrate Judge